United States District Court for the District of Colorado

Civil Action, File No. 05-CV-997-RPM  (OES)

| | |
|---|---|
| TOWN OF CASTLE ROCK,<br>a municipal corporation of the State of Colorado,<br>Petitioner<br><br>v.<br><br>UNION PACIFIC RAILROAD COMPANY,<br>a Utah Corporation;  MOUNTAIN STATES<br>TELEPHONE AND TELEGRAPH COMPANY<br>(n/k/a) QWEST COMMUNICATIONS, INC.;<br>U.S. SPRINT COMMUNICATIONS COMPANY<br>LIMITED PARTNERSHIP,  a Delaware<br>limited partnership, as successor-in-interest to<br>US TELECOM INC., a Kansas Corporation;<br>SHARON K. JONES,<br>as Treasurer of Douglas County,<br>Respondents | |

_____

NOTICE OF SETTLEMENT AND JOINT MOTION TO REMAND ACTION BACK TO THE DISTRICT COURT, DOUGLAS COUNTY, STATE OF COLORADO
_____

COME NOW, the Petitioner Town of Castle Rock ("Town") and Respondent, Union Pacific Railroad Company ("Union Pacific"), by and through their respective counsel of record, and hereby notify the Court that they have settled the underlying eminent domain action as between themselves and jointly move the Court for an order remanding this action back to the District Court, Douglas County, State of Colorado.  In furtherance thereof, the parties state as follows:

1. As the parties have previously advised the Court, they have been actively pursuing a settlement as between the Town and Union Pacific.  This settlement has been reached and provides in part that the Town will amend the description and property rights it seeks to acquire and that title will transfer from Union Pacific to the Town for this amended property.  The settlement also provides that the Town will proceed in this condemnation action to acquire any interests of Qwest Communications, Inc. and U.S. Sprint Communications Company Limited Partnership, if necessary.

2. To date the only parties who have entered an appearance in this action are the Town and Union Pacific.

3. The settlement agreement between the Town and Union Pacific provides that the parties will each bear their own costs, expenses, including attorney fees, regarding this matter.

3. This case was removed to federal court due to the claimed impact of the eminent domain action on the railroad operations of Union Pacific and pre-emption by federal law. Since Union Pacific and the Town have reached a settlement between themselves, there is no longer a federal pre-emption issue and the case can be remanded back to the District Court, Douglas County, State of Colorado to carry out the specific terms of the settlement. This way the Town can proceed in state court to acquire the interests of the remaining Respondents, if necessary.

WHEREFORE, the Town of Castle Rock and Union Pacific Railroad Company, hereby jointly request the Court enter an order remanding this action back to the District Court, Douglas County, State of Colorado for further proceedings and that each party bear their own costs and expenses in this matter.

Respectively submitted.

DATED this 28th day of July 2005.
/s/ William M. Schell                                /s/ M. Patrick Wilson

Signed:_____      Signed:_____
William M. Schell                                    M. Patrick Wilson
Opperman & Schell, P.C.                      Murray Dahl Kuechenmeister &
535 16th Street                                       Renaud LLP
910 Masonic Building                           2401 15th Street, Suite 200
Denver, CO 80202                                Denver, CO 80202
Telephone: (303) 623-1970                 Telephone: (303) 493-6670
Telefax:    (303) 893-9328                   Facsimile:   (303) 477-0965
E-mail: bill@oppermanlawfirm.com
ATTORNEY FOR RESPONDENT UNION      ATTORNEY FOR PETITIONER TOWN
PACIFIC RAILROAD COMPANY              OF CASTLE ROCK