United States District Court for the District of Colorado

Civil Action, File No. 05-CV-997-RPM (OES)

TOWN OF CASTLE ROCK,
a municipal corporation of the State of Colorado,
Petitioner

v.

UNION PACIFIC RAILROAD COMPANY, a Utah Corporation;
MOUNTAIN STATES TELEPHONE AND TELEGRAPH COMPANY (n/k/a)
QWEST COMMUNICATIONS, INC.;
U.S. SPRINT COMMUNICATIONS COMPANY LIMITED PARTNERSHIP,
a Delaware limited partnership, as successor-in-interest to US TELECOM INC.,
a Kansas Corporation;
SHARON K. JONES, as Treasurer of Douglas County,
Respondents

---

### ORDER OF REMAND TO THE DISTRICT COURT, DOUGLAS COUNTY, STATE OF COLORADO

---

This civil action was removed from the District Court, Douglas County, State of Colorado by Union Pacific Railroad Company by a Notice of Removal, filed June 1, 2005 asserting federal law pre-emption issues. This matter is now before the Court on the Notice of Settlement and Joint Motion of the Town of Castle Rock and Union Pacific Railroad to remand this action back to the District Court, Douglas County, State of Colorado. Having reviewed the Notice and Joint Motion and it appearing that there is no longer a federal law issue, it is hereby:

ORDERED that this matter be remanded back to the District Court, Douglas County, State of Colorado for further proceedings. It is further ordered that the parties will each bear their own costs and expenses, including attorney fees, incurred with regard to this action in this court.

DATED: July 28, 2005

BY THE COURT

_____
Richard P. Matsch, Senior District Judge